```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:09-00271

CLARK A. DIEHL

<u>O R D E R</u>

Upon the motion to schedule plea hearing, filed December 16, 2009, by Hunter P. Smith, Jr., Assistant United States Attorney, on behalf of the above-named parties, it is ORDERED that the motion be, and it hereby is, granted and the defendant is scheduled to appear before the court at 10:00 a.m. on January 15, 2010, for entry of a plea in this action.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: January 6, 2010

_____
John T. Copenhaver, Jr.
United States District Judge