```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 2:09-00271

CLARK A. DIEHL

## MOTION TO FILE TAX DIVISION APPROVAL

Comes now the United States of America, by Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, in response to the direction of the Court that it file with the Court evidence of the approval by the Department of Justice, Criminal Tax Division, of the Title 26 charge contained in the Information in this case.

Attached to this motion is a letter dated December 28, 2007, containing Tax Division approval for the charge as reflected by the signature of Bruce M. Salad, Chief, Southern Criminal Enforcement Section. The United States respectfully moves the Court to order that this letter be filed.

                                       Respectfully submitted,

                                       CHARLES T. MILLER
                                       United States Attorney

                 By:   <u>s/Hunter P. Smith Jr.</u>
                          HUNTER P. SMITH JR.
                          WV Bar No. 3467
                          Assistant U.S. Attorney
                          P.O. Box 1713
                          Charleston, WV  25326
                          Telephone:  (304) 345-2200
                          Fax:  (304) 347-5104
                          E-mail:  hunter.smith@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion to File Tax Division Approval" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 15th day of January 2010, to:

    Benjamin L. Bailey, Esquire
    209 Capitol Street
    Charleston, WV   25301

    s/Hunter P. Smith Jr.
    HUNTER P. SMITH JR.
    WV Bar No. 3467
    Assistant U.S. Attorney
    P.O. Box 1713
    Charleston, WV   25326
    Telephone:  (304) 345-2200
    Fax:  (304) 347-5104
    E-mail:  hunter.smith@usdoj.gov