IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:09-00271

**CLARK A. DIEHL**

### ORDER

Upon the motion of the United States it is hereby ORDERED that the letter attached to its Motion to File Tax Division Approval be filed.

The Clerk is directed to provide a certified copy of this order to the counsel for defendant.

JOHN T. COPENHAVER JR.
United States District Judge

ENTERED:   January 19, 2010