```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                          CRIMINAL NO. 2:09-00271

**CLARK A. DIEHL**

### ORDER

Pending is the Motion of the United States of America, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, for authorization to disclose specified grand jury materials relevant to the above-styled case. Upon consideration of the Motion, the Court finds that the disclosure of the specified grand jury materials to this Court's probation department and defendant's counsel in the above-styled case is necessary to aid the probation department in the conduct of the presentence investigation ordered in this case and authorizes the United States Attorney's Office to disclose the same to the Court's probation department and to defendant's counsel.

It is ORDERED that the motion in this matter be SEALED.

The Clerk is directed to send a copy of this Order to counsel of record for all parties.

Entered this __16th__ day of ~~January~~ **February**, 2010.

_____
JOHN T. COPENHAVER, JR.
United States District Judge