UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                                                    CRIMINAL NO. 2:09-00271

**CLARK A. DIEHL**

O R D E R

For reasons appearing to the court, it is ORDERED that the sentencing hearing scheduled for May 19, 2010, be, and the same hereby is, rescheduled for 1:30 p.m. on August 25, 2010.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Office and the United States Marshal.

DATED: May 6, 2010

John T. Copenhaver, Jr.
United States District Judge