IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:09-00271

CLARK A. DIEHL

**NOTICE OF ASSOCIATION OF COUNSEL**

Notice is hereby given that Trial Attorney Gary M. Restaino associates in, with Hunter P. Smith, Jr., as counsel for the United States in the above-captioned matter.

Respectfully submitted this 7th day of June, 2010.

                                          JACK SMITH
                                        Chief
                                        Criminal Division, Public Integrity Section
                                        U.S. Department of Justice

By:    s/ Gary Restaino
            GARY M. RESTAINO
            Arizona Bar No. 017450
            Trial Attorney
            Criminal Division, Public Integrity Section
            U.S. Department of Justice
            1400 New York Avenue NW
            Washington, DC 20005
            Telephone: (202) 307-6676
            Fax: (202) 514-3003
            E-mail: Gary.Restaino2@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Notice of Association of Counsel" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 7th day of June, 2010, to:

>Benjamin L. Bailey, Esquire
>227 Capitol Street
>Charleston, WV 25301

By:  s/ Gary Restaino
GARY M. RESTAINO
Arizona Bar No. 017450
Trial Attorney
Criminal Division, Public Integrity Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 307-6676
Fax: (202) 514-3003
E-mail: Gary.Restaino2@usdoj.gov