USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **AT** **CHARLESTON** |
| | |
| v. | **Case Number** **2:09-cr-00271-1** |
| **CLARK A. DIEHL** | |

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

> **Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list <u>for the above-entitled action only</u>. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.**

I, <u>      **MARIA N. LERNER**      </u> , hereby provide this ***Notice of***

*Name of Attorney*

***Change of Attorney Information*** to the Court and request the Clerk's Office to**:**

---

⦿     **Please add my name as counsel of record <u>*in the above-entitled action only*</u> as follows:**

My firm/government agency, <u>    **U.S. DEPARTMENT OF JUSTICE**    </u> , has made an appearance in the above-entitled action.  I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

---

○     **Please change within-firm representation <u>*in the above-entitled action only*</u> as follows:**

My firm/government agency, _____ ,

by _____ , has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

---

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

○   **Please remove me from the Court's service list _for the above-entitled action only_ as follows:**

I am to remain counsel of record for the following party(s):

_____
_____
_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list <u>for this case only</u>.  I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me <u>in this case only</u>.

○   **Please update my name and/or firm information _for the above-entitled action only_ as follows:**

Former name: _____   New name: _____

New firm/government agency name: _____

New address: _____

_____

_____   _____   _____
New telephone number     New facsimile number         New e-mail address _(provide only if a registered CM/ECF e-filer)_

Date: _____**AUGUST 4, 2010**_____          _____**/s/ Maria N. Lerner**_____

                                              Maria N. Lerner
                                              D.C. Bar No. 468879
                                              Trial Attorney
                                              Criminal Division, Public Integrity Section
                                              U.S. Department of Justice
                                              1400 New York Avenue NW
                                              Washington, DC 20005
                                              Telephone: (202) 616-2690
                                              Fax: (202) 514-3003
                                              E-mail: Maria.Lerner@usdoj.gov