UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:09-00271

CLARK A. DIEHL

O R D E R

Pending is the United States' motion to seal filed October 24, 2010.

It is ORDERED that a hearing be, and it hereby is, scheduled for October 25, 2010, at 11:30 a.m.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:   October 25, 2010

John T. Copenhaver, Jr.
United States District Judge