UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 2:09-00271

CLARK A. DIEHL

O R D E R

For reasons appearing to the court, it is ORDERED as follows:

1. That the entirety of the transcribed record of the hearing held this same day at 11:30 a.m. be, and it hereby is, filed under seal; and

2. That a redacted version of the same transcription be, and it hereby is, filed on the public record.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  October 25, 2010

John T. Copenhaver, Jr.
United States District Judge