# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/25/2010                                                         Case Number 2:09-cr-271
Case Style: USA vs. Clark A. Diehl
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                           Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Hunter P. Smith, Jr.


Attorney(s) for the Defendant(s) Benjamin Bailey


Law Clerk                                                                Probation Officer Lee Cueva

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:38 pm    to 1:42 pm
Total Court Time: 0 Hours 4 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:38 - case called - court notes receipt of government's motion to continue filed under seal

Court noted primary reason for request for 6-month request

Defendant joins the motion

Court granted the motion - sentencing rescheduled for 1:30 p.m. on April 25, 2011

1:42 concluded