```
         UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                               CRIMINAL NO. 2:09-00271

**CLARK A. DIEHL**

<u>O R D E R</u>

For reasons appearing to the court, it is ORDERED that the sentencing hearing scheduled for April 25, 2011, be, and the same hereby is, rescheduled for 1:30 p.m. on August 8, 2011.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Office and the United States Marshal.

DATED: April 22, 2011

_____
John T. Copenhaver, Jr.
United States District Judge