```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO.  2:09-00271

**CLARK A. DIEHL**

### MOTION TO UNSEAL

Comes now the United States of America by Jack Smith, Chief, Public Integrity Section, Criminal Division, U.S. Department of Justice, Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, and Maria N. Lerner, Trial Attorney, Public Integrity Section, and moves the Court to order that the motion filed under seal by the United States on May 13, 2010, (Attachment 1 to Docket Entry 21) be unsealed.

In support of this motion, the United States submits that this matter is set down for sentencing on August 8, 2011, and that the reasons for sealing the motion no longer exist.

Respectfully submitted,

JACK SMITH
Chief
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530

<u>s/Hunter P. Smith Jr.</u>
HUNTER P. SMITH JR.
West Virginia State Bar Number 3467
Assistant U.S. Attorney


MARIA N. LERNER
Washington, D.C. Bar Number 468879
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion to Unseal" has been electronically filed and service has been made on opposing counsel by virtue of the U.S. Mail on this the 21st day of July, 2011, to:

        Benjamin L. Bailey, Esquire
        209 Capitol Street
        Charleston, WV   25301

          s/Hunter P. Smith Jr.
          HUNTER P. SMITH JR.
          WV Bar No. 3467
          Assistant U.S. Attorney
          P.O. Box 1713
          Charleston, WV   25326
          Telephone:  (304) 345-2200
          Fax:  (304) 347-5104
          E-mail:  hunter.smith@usdoj.gov