```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:09-00271

**CLARK A. DIEHL**

<u>ORDER</u>

Pending is the July 21, 2011, motion filed by the United States' to unseal a May 13, 2010, sealed motion it filed previously, which is a attachment 1 to docket entry 21.

The United States asserts "that the reasons for sealing the motion no longer exist." (Mot. to Unseal at 1). Having fully considered the matter, it is ORDERED that the United States' motion to unseal be, and it hereby is, granted. It is further ORDERED that the motion filed under seal by the United States on May 13, 2010, which is attachment 1 to docket entry 21, be, and it hereby is, unsealed today.

The Clerk is directed to forward copies of this order to all counsel of record and the defendant.

DATED: August 1, 2011

John T. Copenhaver, Jr.
United States District Judge