IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                         CRIMINAL NO. 2:09-00271

**CLARK A. DIEHL**

### MOTION FOR SUBSTANTIAL ASSISTANCE

    Comes now the United States of America, by Charles T. Miller, United States Attorney for the Southern District of West Virginia, and moves the Court to depart in the sentencing of the defendant in the above-styled action pursuant to Guideline Section 5K1.1. In support of its motion, the United States represents that defendant Clark A. Diehl has provided substantial assistance to the United States in the investigation and prosecution of other persons who have committed offenses.

                                                  Respectfully submitted,

                                                  /s/CHARLES T. MILLER
                                                  CHARLES T. MILLER
                                                   United States Attorney
                                                   WV Bar No. 2551
                                                   300 Virginia Street, East
                                                   Room 4000
                                                   Charleston, WV 25301
                                                   Telephone:  304-345-2200
                                                   Fax:  304-347-5104
                                                   Email:  chuck.miller@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion for Substantial Assistance" has been electronically filed and service has been made on opposing counsel by virtue of U.S. mail this the 13th day of May 2010, to:

    Benjamin L. Bailey, Esquire
    209 Capitol Street
    Charleston, WV   25301

    /s/CHARLES T. MILLER
    CHARLES T. MILLER
    United States Attorney
    WV Bar No. 2551
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone:  304-345-2200
    Fax:  304-347-5104
    Email:  chuck.miller@usdoj.gov