# District Judge Daybook Entry

| | |
|---|---|
| United States District Court - Southern District of West Virginia at Charleston | |
| Date: 8/8/2011 | Case Number 2:09-cr-271 |
| Case Style: USA vs. Clark Diehl | |
| Type of hearing Sentencing | |
| Before the honorable: 2508-Copenhaver | |
| Court Reporter Barbara Steinke | Courtroom Deputy Kelley Miller |
| Attorney(s) for the Plaintiff or Government Hunter P. Smith, Jr./Maria Lerner | |
| Attorney(s) for the Defendant(s) Benjamin L. Bailey | |
| Law Clerk | Probation Officer Lee Cueva |

## Trial Time

## Non-Trial Time

## Court Time

1:34 pm   to 2:20 pm
Total Court Time: 0 Hours 46 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:34 - case called - defense counsel over PSR with defendant thoroughly and understands - defendant read PSR, went over with attorney, he explained, understands everything

No objections

PSR is factually accurate

Parties agree TOL 14 + I = 15-21 months - restitution $29,732.07

US elaborated on motion for substantial assistance

Mitigation - defense counsel, defendant

Court stated reasons for sentence including 3553(a) factors finding the guideline range appropriate prior to considering motion for substantial assistance

Sentence - 5 years probation - 6 months community confinement - $29,732 restitution (half paid in 30 days and half 30 days

## District Judge Daybook Entry

thereafter) - no fine or costs

Report to CCC no later than 10/7/11

14 days to appeal

2:20 pm